## MILLS v. ENTERPRISES, INC.

No. 186 PC.

Case below: 36 N.C. App. 410.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 August 1978.

## MONTFORD v. GROHMAN

No. 56.

Case below: 36 N.C. App. 733.

Motion of defendant to dismiss plaintiff's appeal for lack of substantial constitutional question allowed 29 August 1978.

## MURPHY v. EDWARDS AND WARREN

No. 205 PC.

Case below: 36 N.C. App. 653.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 29 August 1978.

## POPE v. WRIGHT

No. 195 PC.

Case below: 36 N.C. App. 651.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 August 1978.

## PRICE v. DEPT. OF MOTOR VEHICLES

No. 203 PC.

Case below: 36 N.C. App. 698.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 29 August 1978. Motion for Attorney General to dismiss appeal for lack of substantial constitutional question allowed 29 August 1978.